IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,
    Plaintiff,

vs.                                                        Case No:  5:12cv26/RS/CJK

FEDERAL BUREAU OF INVESTIGATION,
    Defendant.
_____

## REPORT AND RECOMMENDATION

On February 29, 2012, the Court entered an order directing plaintiff to pay the $350.00 filing fee within thirty days (doc. 7), after having previously denied plaintiff's motion to proceed *in forma pauperis* (doc. 5).  Plaintiff was advised that failure to pay the filing fee would result in a recommendation that this case be dismissed.  Plaintiff did not pay the fee.  Accordingly, on April 18, 2012, the Court ordered plaintiff to show cause within fourteen days why this case should not be dismissed for failure to comply with an order of the Court.  (Doc. 8).  To date, plaintiff has neither responded to the show cause order, nor paid the $350.00 filing fee.

Accordingly, it is respectfully RECOMMENDED:

1.  That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 8th day of May, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).